UNITED STATES DISTRICT COURT

Eastern District of North Carolina

Western Division

1983 Prisoner Complaint

5:26-ct-3323-BO

FILED

OCT 21 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ______ DEP CLK

Offie Brown Jr.

Plaintiff.

0918196

Prisoner ID

Pro Se

v.

Donald Trump, Joe Biden, Elon Musk, Marguerethe Schroeder,

NC Dept of Public

Safety, Sgt. Mobley, NC Dept of Transportation,

Sgt. Combs, Defendants.

Jury Demand?

☒ Yes

☐ No

COMPLAINT

☑ 1983 Prisoner Complaint

State, municipal, local

☑ Action under "Bivens v. Six Unknown Federal Narcotics Agents"

Federal Defendants

PLAINTIFF

Offie C. Brown, Jr.

Name

0818196

Prisoner ID

Central Prison

Institution

1300 Western Blvd.

Address

Raleigh NC 27606

City State Zip Code

☑ State detainee awaiting trial

DEFENDANT(S) INFORMATION

Defendant 1: Donald Trump

Name

President of the United States

Current Job Title

1600 Pennsylvania Avenue

Current Work Address

Washington DC

City State Zip Code

Capacity in which being sued: ○ Individual ○ Official ☒ Both

Defendant 2: Joe Biden

Name

Former President of the United States

Current Job Title

Current Work Address

City State Zip Code

Capacity in which being sued: ○ Individual ○ Official ☒ Both

DEFENDANT(S) CONTINUED

Defendant 3: Elon Musk

Name

Founder/Owner Tesla, SpaceX, X

Current Job Title

Current Work Address

City State Zip Code

Capacity in which being sued: ☐ individual ☐ official ☑ Both

Defendant 4: NC Dept of Public Safety

Name

NC Dept of Public Safety

Current Job Title

831 W. Morgan Street

Current Work Address

Raleigh NC 27699

City State Zip Code

Capacity in which being sued: ☐ individual ☐ official ☑ Both

DEFENDANT(S) CONTINUED

Defendant 5: Sgt Combs

Name

Sargent at Central Prison

Current Job Title

1300 Western Blvd.

Current Work Address

Raleigh NC 27606

City State Zip Code

Capacity in which being sued: ☒ Individual ☐ Official ☐ Both

Defendant 6: Margearette Schroeder

Name

Triage Nurse at Carolina East Medical Center

Current Job Title

Current Work Address

New Bern NC 28560

City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

DEFENDANT(S) CONTINUED

Defendant 7: NC Dept of Transportation

Name

NC Dept of Transportation

Current Job Title

Current Work Address

NC

City State Zip Code

Capacity in which being sued: ○ Individual ○ Official ☑ Both

Defendant 8: Sgt. Nobles

Name

Sergeant at Maury Correctional Institution

Current Job Title

2398 Moore Rouse Road

Current Work Address

Hookerton NC 28538

City State Zip Code

Capacity in which being sued: ☑ Individual ○ Official ○ Both

STATEMENT OF CLAIM

Place(s) of Occurrence: Maury Correctional Institution (Clean Hall)
Central Prison, Carolina East Medical Center, 4267 Brandon Ave, Farmville, NC 27828

Date(s) of Occurrence: 12/2018, 6/2018, 6/2026

Federal Statutory Rights Violated:
Negligence, Copyright Infringement, Stabbed, Discrimination, Property Theft

FACTS

Who did what to you?

Donald Trump, Joe Biden, and Elon Musk ordered me and my tutor and business partner Mr. Ben Williford who was an undergraduate of Duke University and former JP Morgan Chase Wealth Management Advisor [illegible] up for murder and arson, orchestrated after they obtained our papers that were in my property but was confiscated by officers at Central Prison me transported to Central Prison from Maury CI for mental health issues. In my property unlawfully obtained by officers were notarized names of companies doing business in among other sectors energy, construction, outer space weapons development, IT, and finance. There were also Assumed Business Name Certificate documents which The [illegible] County Register of Deeds filed upon my submission, payments and request. Mr. Ben Williford was stabbed and killed in 6/2018 and in 12/2018 I was st[abbed] [illegible] when all

offenders ^(at Many of) are supposed to go through cafeteria's metal detector before being allowed into cafeteria. Sgt. Nobles, the officer and employee of the NC Dept of Public Safety who they promoted and put in charge of the cafeteria was negligent not passing inmates through metal detector so an inmate was permitted into chow hall and that inmate did have on his person a metal shank and that inmate did stab me in the back numerous times and was practically given the chance to murder me before officers intervened. Because of the stabbing I am now paralyzed from my waist down and slowly becoming paralyzed through my upper body as well. After my stabbing I was taken to UNC Health in Chapel Hill, NC and underwent an invasive operation to cut off the debilitation to my body the stabbing caused but it didn't work. Before my stabbing I wrote the NC Dept of Labor for details as to how I might advance in the construction industry asking for the address of the NC General Contractors Licensing Board. Ms Jill F. Cramer, General Counsel to the NC Dept of Labor responded in a letter dated 5/24/18 giving me the address. Because of my paralysis due to my stabbing I cannot pursue my advancement any longer neither my goals in among other sectors, IT in which I wrote a letter to Craven Community College before I was stabbed requesting information about their IT program. Ms Carmel Butler the Schools [illegible] responded [illegible] giving [illegible] school's IT Plan

of Study dated 10/31/18. Joe Biden, with no background in construction, after my letter from Ms. Cromer was stolen by officers at Central Prison, used as his 2020 Presidential Campaign slogan, "Build Back Better." Elon Musk's cybertruck is a copy of my truck I had designed and drawn on paper but never got notarized. Also stolen by officers was my CHERRY HOSPITAL CHRONIC MEDICAL PROBLEMS AND PAST MEDICAL/SURGICAL HISTORY REPORT showing it is indeed the stabbing I was a victim of in 2018 that caused my paralysis. This year, 2026, Central Prison officers (Sgt. Combs) [redacted] misplaced my property twice. I am extremely upset. I've seen other inmates get their property with just the inmate's verbal request, but they make me go through so many hoops and I still can't get my property. This is property that would incriminate defendants. Donald Trump, Joe Biden, Elon Musk, and the other defendants. I am still in custody at Central Prison being treated horribly and I am not sure whether I'll die in prison for something I didn't do. In 2012 I was framed for 2nd degree Kidnapping, Assault on an Emergency Personnel, and Sexual Battery by Nurse Margerate Schroeder and the New Bern Police Dept. I did not commit any of these vicious crimes and am fighting to clear my name (proof enclosed). As a devout Christian singer/songwriter/author who works tirelessly to promote the gospel of Jesus Christ, I have been sidetracked greatly. My father, Offie C. Brown, Sr. is the late founder/pastor of Highways and Hedges Revival Center. We must get [illegible] (patently) and [illegible]

What happened to you?

After inmate Ben Williford and I began forming the infrastructure of our conglomerate it being a company that sought to employ ex felons due to the issues most felons have finding work upon their release from prison, our conglomerate, being involved in among other sectors, energy, construction, outer space weapons development, I.T., entertainment and finance, I was stabbed and Mr. Williford was killed. We are the victims of the defendants attempt to infringe on our copyrights, eliminate the traces of their attempt to infringe me black them white. They are angry because I am a black man doing all of this.

Where did it happen to you?

Maury Correctional Institution, Central Prison, Carolina East Medical Centre
4267 Brandon Avenue, Farmville, NC 27828

When did it happen to you?

12/2018, 6/12/2026, 6/2018, 5/2012

What was your injury?

Joe Biden is a politician, Donald Trump is violent, and Elon Musk is greedy. My brother, Brandon Raschard Brown, Sr., told me in a dispute I had with him over why he wore the ominous color black all of the time, "I represent black to the fullest." He represents black to the fullest. That's what he said. My brother has been convicted twice of traficking cocaine and once of possession of a stolen firearm. He has 4 children by 2 different women, all whose names begin with B-R. My daughter's name her mother came up with. Before her birth her mother asked me to come up with how to spell it. It was Bria, but I spelled it unaware of her mom's intentions then, Bhriya. That's the spelling that I had put on her birth certificate. Not to be outdone my daughter's mother, Corona Kinsey, the state of North Carolina, and the NC Dept. of [illegible] Transportation named a street after [illegible] that criminal and my daughter and her mom now stays there. Their address is 4267 Brandon Avenue Farmville, [illegible] NC 27828. I want it renamed. Everywhere I turn in the world, someone is hanging the B-R over me (proof enclosed).

Due to stabbing I am now afflicted with muscle spasticity, neurological damage done, spinal cord damage, swollen legs, ankles, and feet, wheelchair bound for the last 8 years, hands hurt, back problems, and abdomen painful to the touch, paralyzed from waist down, Kness swollen, and in pain, Help, I can barely move. I am not sur how defendants got a hold of my work. Perhaps when Central Pris COs confiscated it they submitted it to governor in this city and he to defendants. Poor circulation of blood from my lower body to my upper body due to me being in a wheelchair for the last 8 years.

## ADMINISTRATIVE PROCEDURES

Have you filed a grievance concerning the facts relating to this Complaint? Yes.

Is the grievance process completed? No.

If no, explain why not.

[illegible] Prison 15 calendar days to respond and return to me my property. They haven't. No grievance process can remedy my stabbing.

## RELIEF

Due to my papers, research and business plans confiscated, and medical bills, for lost work and wages as my career in construction, outer space weapons development, Christian arts and entertainment, I.T., petroleum, my oil company's name filed XLR 8 Petroleum, my outer space weapons development company's name filed D. Jade Brown, Jr. Outer Space Weapons Corp, and other companies of mine whose names are filed at the Craven County Register of Deeds, mine whose income would be in the trillions as the demand for the goods and services increased exponentially over the past 2 years, for constant and painful and severe muscle spasms, restless legs, swollen legs, ankles and feet, for spinal cord damage and neurological damage done and the stiffening of my body and because of the stabbing I was a victim of and for mental health problems, and for pain and suffering I ask the Court order defendants pay me $250 Billion in compensation, all court costs, and/or what [illegible] the Court

COMPLAINT HISTORY

Have you ever filed a complaint in federal or state court? If yes, how many?

1

Offie Brown, Jr. v. NC Dept of Public Safety
United States District Court/Eastern District of North Carolina
Negligence, Police Brutality, Harrassment
Dismissed
Judge Louise Wood Flanagan
5:22-CT-3165-FL

CERTIFICATION AND WARNING

Otis C. Brown, Jr.

Name

0818196

Prisoner ID

Central Prison

Institution

1300 Western Blvd.

Address

Raleigh NC 27606

City State Zip Code

3100

Institution Number

Otis C. Brown Jr.

Signature

10/11/26

Date